# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-05942-SVW | Date | November 2, 2017 |
|---|---|---|---|
| Title | In Re: Debtor Kimberly Barbour | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

On September 20, 2017, the Court issued a minute order setting forth the following briefing schedule:

Appellant's Opening Brief - October 16, 2017
Appellee's Opening Brief - November 15, 2017
Appellant's Reply Brief - November 29, 2017

Hearing - December 18, 2017 at 1:30 p.m.

The file in this case lacks the papers that would show it is being timely prosecuted. Accordingly, the Court, on its own motion, hereby orders appellant to show cause in writing no later than November 16, 2017, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

Initials of Preparer : PMC